No. 1184.   NATIONAL LABOR RELATIONS BOARD *v.* PLASTERERS' LOCAL UNION No. 79, OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSN., AFL–CIO, ET AL.; and

No. 1231.   TEXAS STATE TILE & TERRAZZO CO., INC., ET AL. *v.* PLASTERERS' LOCAL UNION No. 79, OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSN., AFL–CIO, ET AL.   C. A. D. C. Cir.   [Certiorari granted, 401 U. S. 973.]   Motion of petitioners for additional time for oral argument granted and a total of 15 additional minutes allotted for that purpose.   Respondents also allotted 15 additional minutes for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 1332.   RELIANCE ELECTRIC CO. *v.* EMERSON ELECTRIC Co.   C. A. 8th Cir.   [Certiorari granted, 401 U. S. 1008.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and a total of 15 minutes allotted for that purpose. Respondent allotted 15 additional minutes for oral argument.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 7158.   DIGESUALDO ET AL. *v.* SHEA, DIRECTOR, COLORADO DEPARTMENT OF SOCIAL SERVICES, ET AL.   Appeal from D. C. Colo.   Motion to expedite consideration denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 6158.   LINDSEY ET AL. *v.* NORMET ET AL.   Appeal from D. C. Ore.   [Probable jurisdiction noted, 402 U. S. 941.]   Motion of Legal Aid Society of Pima County Bar Assn. for leave to file a brief as *amicus curiae* granted.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.